**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: ABLE BODY TEMPORARY
SERVICES, INC.,
    Debtor.
_____

CHRISTINE L. HERENDEEN,

    Plaintiff,

v.                                                                              Lead Case No: 8:15-cv-644-T-24

SYNOVUS BANK,

    Defendant.
_____

In re: YJNK XI CA, LLC,
Debtor.
_____

CHRISTINE L. HERENDEEN,

    Plaintiff,

v.                                                                               Member Case No: 8:15-cv-645-T-24

SYNOVUS BANK,

    Defendant.
_____

In re: Rotrpick, LLC,
Debtor.
_____

CHRISTINE L. HERENDEEN,

    Plaintiff,

v.                                                                               Member Case No: 8:15-cv-646-T-24

SYNOVUS BANK,

  Defendant.

---

In re: ABTS Holdings, LLC,
Debtor.

---

CHRISTINE L. HERENDEEN,

  Plaintiff,

v.                                                                         Member Case No: 8:15-cv-647-T-24

SYNOVUS BANK,

  Defendant.

---

In re: Preferable HQ, LLC,
Debtor.

---

CHRISTINE L. HERENDEEN,

  Plaintiff,

v.                                                                         Member Case No: 8:15-cv-648-T-24

SYNOVUS BANK,

  Defendant.

---

In re: Cecil B. DeBoone, LLC,
Debtor.

---

CHRISTINE L. HERENDEEN,

  Plaintiff,

v.                                                                                                    Member Case No: 8:15-cv-649-T-24

SYNOVUS BANK,

    Defendant.

---

In re: Training U, LLC,
Debtor.

---

CHRISTINE L. HERENDEEN,

    Plaintiff,

v.                                                                                                    Member Case No: 8:15-cv-650-T-24

SYNOVUS BANK,

    Defendant.

---

In re: USL&H Staffing, LLC,
Debtor.

---

CHRISTINE L. HERENDEEN,

    Plaintiff,

v.                                                                                                    Member Case No: 8:15-cv-651-T-24

SYNOVUS BANK,

    Defendant.

---

In re:YJNK VIII, Inc.,
Debtor.

---

CHRISTINE L. HERENDEEN,

    Plaintiff,

v.                                                                                                     Member Case No: 8:15-cv-652-T-24

SYNOVUS BANK,

    Defendant.

_____

## ORDER

This cause comes before the Court on Defendant Synovus Bank's Stipulated Motion to Consolidate (Dkt. 8). All parties consent to the relief requested therein.

A court may consolidate actions before it if they "involve a common question of law or fact." Fed. R. Civ. P. 42(a). "A district court's decision under Rule 42(a) is purely discretionary." *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (quoting *In re Air Crash Disaster at Florida Everglades*, 549 F.2d 1006, 1013 (5th Cir. 1977)). Furthermore, the Eleventh Circuit has "encouraged trial judges to make good use of Rule 42(a). . . in order to expedite the trial and eliminate unnecessary repetition and confusion." *Id.* (internal quotation marks omitted).

The Court has reviewed the pleadings in all of the cases and has concluded that there is significant factual and legal overlap.[2] Consolidation will help eliminate unnecessary repetition, and lessen the burden on available judicial resources. Accordingly, the cases shall be consolidated for the purpose of considering the pending motions to withdraw the reference.

Accordingly, it is **ORDERED AND ADJUDGED** that:

---

[1] The Court has previously ruled on a similar motion in *In re: Organized Confusion, LLP v. Synovus Bank*, Case No. 8:14-cv-03226-T-24 (Dkt. 7).

[2] Defendant's motion requests a standing order to consolidate case numbers 8:15-cv-00651-T-24 and 8:15-cv-00652-T-24 pending their transfer to the undersigned. These cases have since been transferred to the undersigned. Therefore, the Court will consider 8:15-cv-00651-T-24 and 8:15-cv-00652-T-24 along with the related cases presently before it in deciding the motion to consolidate.

1. Defendant Synovus Bank's Stipulated Motion to Consolidate (Dkt. 8) is **GRANTED**.

2. Case numbers 8:15-cv-00645-T-24; 8:15-cv-00646-T-24; 8:15-cv-00647-T-24; 8:15-cv-00648-T-24; 8:15-cv-00649-T-24; 8:15-cv-00650-T-24; 8:15-cv-00651-T-24; and 8:15-cv-00652-T-24 are hereby consolidated with Case number 8:15-cv-00644-T-24 for the purpose of considering the pending motions to withdraw the reference therein.

3. Case number 8:15-cv-00644-T-24 will be the lead case number, and all further pleadings are to be filed therein.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of April, 2015.

SUSAN C. BUCKLEW
United States District Judge

Copies To: Counsel of Record and Parties